# THE ATTORNEY GENERAL
## OF TEXAS
ATTORNEY GENERAL



February 28, 1972

Honorable David Wade, M.D.
Commissioner
Texas Department of Mental
   Health and Mental Retardation
Box 12668, Capitol Station
Austin, Texas   78711

Dear Dr. Wade:

Opinion No. M-1083

Re:  Expenditure of money ap-
     propriated in Item 8 of
     the current General Appro-
     priations Act to the
     Commission on Alcoholism.

Your request for an opinion asks the following question:

"May money appropriated in item 8 of the current appropriations to the Commission on Alcoholism be expended to pay travel expense of Texas Department of Mental Health and Mental Retardation employees engaged in the training and coordination of personnel and activities funded by the said item 8."

Item 8 of the appropriation to the Commission on Alcoholism for the fiscal year ending August 31, 1972, reads as follows:

"For the Year Ending
August 31,
__1972__

"8.  For the Department of Mental
    Health and Mental Retardation,
    to supplement the rehabilitation
    of alcoholics in the State hos-
    pitals, to be expended with the
    advice of the Texas Commission
    on Alcoholism for the following:
    Supervising Counselor (14-4744)
    two Alcoholism Counselor II's
    (14,4742), sixteen Alcoholism
    Counselor I's (13-4741), one
    Administrative Secretary (9-0138),
    travel and all other necessary
    expenses                       $200,702"

It is noted that while the above quoted item of appropriation is made to the Commission on Alcoholism, it is for the benefit of the Department of Mental Health and Mental Retardation and is to be expended for the purpose of carrying out the Department's alcoholism programs with the advice of the Texas Commission on Alcoholism.

You state in your request:

"As you will note, this appropriation item provides for designated positions. The individuals filling these positions work in this Department's State hospitals and are involved with the rehabilitation of alcoholics. This Department employs additional personnel whose salary is paid from other appropriations and whose duty is to train and coordinate the activities of the individuals employed pursuant to the above cited appropriation item. These additional personnel incur travel expense in carrying out this training and coordination effort in the State hospital alcoholism programs. . . ."

In view of the fact that Item 8 specifically provides that the money appropriated may be expended for "travel and all other necessary expenses", it is our opinion that such phrase refers to travel and necessary expenses in carrying out the alcoholism programs referred to in Item 8. You are accordingly advised that moneys appropriated in Item 8 of the current appropriation to the Commission on Alcoholism may be expended to pay travel expenses of employees of the Texas Department of Mental Health and Mental Retardation engaged in carrying out the alcoholism programs of the Texas Department of Mental Health and Mental Retardation to rehabilitate alcoholics in the State hospitals referred to in said Item 8.

## S U M M A R Y

Item 8 of the appropriation to the Commission on Alcoholism contained in the current General Appropriations Act may be expended for the purpose of paying travel expenses of employees of the Texas Department of Mental Health and Mental Retardation incurred in carrying out the alcoholism programs of the Department of Mental Health and Mental Retardation to rehabilitate alcoholics in the State hospitals.

Dr. David Wade, page 3          (M-1083)

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
William Craig
Gordon Cass
Jerry Roberts
James Hackney

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant